IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| FREQUENCY SYSTEMS, LLC, § | |
|---|---|
| Plaintiff § | Civil Action No. 2:15-cv-684 [JRG/RSP] |
| v. § | LEAD CONSOLIDATED |
| § | |
| ASUSTEK COMPUTER INC. ET AL, § | |
| Defendant § | |

| FREQUENCY SYSTEMS, LLC, § | |
|---|---|
| Plaintiff § | Civil Action No. 2:15-cv-682 [JRG/RSP] |
| v. § | |
| § | |
| TCL COMMUNICATION TECHNOLOGY § | |
| HOLDINGS LIMITED, ET AL § | |
| Defendant § | |

## ORDER

Having considered Plaintiff Frequency Systems, LLC's ("Plaintiff") Motion of Voluntary Dismissal the Court finds that good cause exists for granting the motion. The Motion of Voluntary Dismissal is GRANTED. All claims asserted by Plaintiff against Defendant TCL Communication Technology Holdings Limited are hereby dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

**SIGNED this 16th day of October, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE